# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **FRANCIS J. MARABELLA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 16-1153** |
| | : | |
| **BOROUGH OF CONSHOHOCKEN** | : | |
| **et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 10th day of November 2016, upon consideration of the pending motion and response, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion:

1. Defendants' Motion to Dismiss Counts I-III of Plaintiff's Amended Complaint (Doc. No. 6) is **GRANTED**.

2. Plaintiff may seek leave to file a Second Amended Complaint that conforms to the Court's accompanying Memorandum Opinion within **TWENTY ONE (21) DAYS** of this Order, and must attach a proposed Second Amended Complaint to any such motion.

3. If Plaintiff does not file a motion for leave to amend, then Defendants shall answer the remaining claim in the Amended Complaint within **THIRTY (30) DAYS** of this Order.

     **IT IS SO ORDERED**.

                                    **BY THE COURT:**

                                    **/s/ Cynthia M. Rufe.**

                                    _____

                                    **CYNTHIA M. RUFE, J.**